DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAOUFIQ SEFFAR** and **HANAN SEFFAR,**
Appellants,

v.

**GEORGIA NOTES 18, LLC,** a Florida limited liability company,
Appellee.

No. 4D19-3361

[June 11, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE-16-009006 (11).

David H. Charlip of Charlip Law Group, LC, North Miami, for appellants.

Steven A. Imparato of Kenner + Imparato, PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*[1]

GROSS, KUNTZ, JJ., and CURLEY, JOSEPH, Associate Judge, concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1] We are mindful of the issuance of Administrative Order SC20-23, Amendment 2 (the requirement in Florida Rule of Civil Procedure 1.580(a) for the clerk to issue a writ of possession "forthwith" remains suspended) and Executive Order 20-137 (extending, until 12:01 a.m. on July 1, 2020, Executive Order 20-94, which suspends and tolls any statute providing for a mortgage foreclosure cause of action under Florida law). We trust any motions directed to those orders shall be filed in the lower tribunal upon issuance of our mandate.